COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Jeremy Morris Ervin
RLCC, Hope C- 2 DOC No. 389956
1630 Prison Rd.
Cottonport La 71327

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on July 19, 2023

**REHEARING ACTION: July 19, 2023**

**Docket Number: 23   00006-KH**

**STATE OF LOUISIANA
VERSUS
JEREMY MORRIS ERVIN**

**Writ Application from Calcasieu Parish Case No. 27817-SO-2014**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion
Hon. Van H. Kyzar
Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Jeremy Morris Ervin** is:

**REHEARING NOT CONSIDERED**.  *See* Uniform Rules—Courts of
Appeal, Rule 2-18.7.

cc: J. Taylor Gray, Counsel for  the Respondent